**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHIRLEY MACK on behalf of herself and others similarly situated,<br>      Plaintiffs,<br><br>                    v.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC. f/k/A AMERICREDIT CORP.,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:11-cv-9008

Judge Kim (by consent)

JURY DEMANDED

**PARTIES' JOINT MOTION FOR EXPEDITED TRANSFER**
**FOR SETTLEMENT PURPOSES**

The parties to this action respectfully request that the Court transfer this case to the

Southern District of California, on an expedited basis and "forthwith." In support of this motion,

the parties state:

1.      This is a Telephone Consumer Protection Act, 47 U.S.C. §227(b) case, which

alleges that the defendant called plaintiff and others' cellular telephones using an automatic

telephone dialing system and prerecorded voice. Defendant denies these allegations.

2.      As this Court is aware, there is a similar case pending in the Southern District of

California, *Newman v. AmeriCredit Financial Services, Inc.*, 11CV3041-DMS-BLM.

3.      At this Court's suggestion, the parties engaged in a global mediation of both

cases. Through two full-day arms-length mediation sessions with the Honorable Judge Leo S.

Papas (ret.) in San Diego, the parties have come to a class action settlement.

4.      As part of the settlement, the parties have agreed that the settlement should be

overseen by the Honorable Judge Sabraw in the Southern District of California. The parties

therefore jointly request that, pursuant to 28 U.S.C. § 1404(a), the case be transferred to the

Southern District of California for purposes of settlement approval. That section states:

> (a) For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

5.      For purposes of settlement, all parties to this action have consented to its

transfer to the Southern District of California.  .

6.      While the parties do not anticipate that it will be necessary to conduct any

further proceedings in this District, the purpose of the request for transfer is limited to the

settlement and settlement approval motions and procedures, as required by Fed.R.Civ.P. 23(e).

If the settlement is not approved for any reason, plaintiff anticipates asking that the case be

transferred back to this Court. Neither party wants this and the parties are working in good

faith to achieve final settlement approval.

7.      Once the transfer is complete, the parties intend to consolidate the cases for

purposes of the class action settlement.

8.      The parties request an expedited transfer, "forthwith," because N.D.Ill. Local

Rule 83.4 creates an automatic 14 day delay for transfers. It is the desire of the parties to have

their settlement preliminarily approved as soon as possible.

WHEREFORE, the parties to this action respectfully request that the Court transfer this

case to the Southern District of California, on an expedited basis, "forthwith."

Respectfully submitted,


/s/Alexander H. Burke                    /s/Chad R. Fuller
Counsel for Plaintiff                    Counsel for Defendant

**BURKE LAW OFFICES, LLC**              Goodwin Procter, LLP

155 N. Michigan Ave., Suite 9020         4365 Executive Drive, 3rd Floor
Chicago, IL 60601                        San Diego, CA 92121
(312) 729-5288                           (858) 202-2712
(312) 729-5289 (fax)                     (858) 457-1255 (fax)
ABurke@BurkeLawLLC.com                   CFuller@goodwinprocter.com


                                         Howard L. Teplinsky
                                         **BEERMANN | PRITIKIN | MIRABELLI | SWERDLOVE LLP**
                                         161 North Clark Street, Suite 2600
                                         Chicago, Illinois  60601
                                         312-621-9700
                                         312-621-0909 (fax)
                                         hteplinsky@beermannlaw.com