# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Young B. Kim | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 9008 | **DATE** | December 21, 2012 |
| **CASE TITLE** | Mack vs. General Motors Financial Company, Inc. | | |

**DOCKET ENTRY TEXT**

Parties' joint motion to transfer this case from the Northern District of Illinois to the Southern District of California so that this case may be joined with a similar class case pending there (*Newman v. AmeriCredit Financial Services, Inc.*, 11 CV 3041-DMS-BLM) for purposes of class settlement approval pursuant to 28 U.S.C. § 1404(a) [59] is granted. In the interest of justice and economy, the court orders the transfer to the Southern District of California forthwith without delay.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ma |
|---|---|---|