

**THOMAS G. BRUTON**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

December 21, 2012

California Southern District Court
Edward J. Schwartz Federal Building
880 Front Street, Suite 4290
San Diego, CA 92101

**Re: Mack v. General Motors Financial Company, Inc.**
**Case No: 11-cv-9008**

Dear Clerk:

Pursuant to the order entered by the Honorable Young B. Kim on December 21, 2012 the above record

■  was electronically transmitted to the Southern District of California.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:   */s/ K. Johnson*
            Deputy Clerk

Enclosures

New Case No. _____        Date _____