UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY MACK, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC.,<br><br>　　　　　　Defendant. | Case No. 12CV3038-DMS (BLM)<br><br>**ORDER SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT** |

On December 21, 2012, this case was transferred to this Court from the Northern District of Illinois. ECF Nos. 61-63. In the transfer motion, the parties advised the court that the transfer was designed to enable the instant case to be joined with <u>Newman v. Americredit Financial Service, Inc.</u>, 11cv3041-DMS(BLM) for "purposes of class settlement approval." ECF No. 60.

On January 9, 2013, the Court held a telephonic case management conference to discuss the status of the transferred case. Alexander Burke, Esq. appeared on behalf of Plaintiffs and Chad Fuller, Esq. appeared on behalf of Defendant. Counsel advised the Court that the parties in the transferred case have reached a tentative class-wide settlement and that Plaintiff is ready to file a motion for preliminary approval of the settlement. Counsel

| | |
|---|---|
| 1 | also stated that they intend to file a joint motion to consolidate the instant case with |
| 2 | <u>Newman</u>.  Counsel in <u>Newman</u> previously advised the Court that the case had tentatively |
| 3 | settled on a class-wide basis and the current deadline for filing the motion for preliminary |
| 4 | approval of the class action settlement is February 8, 2013.  11cv3041-DMS(BLM), ECF No. |
| 5 | 29. |
| 6 |      In light of the representations made in the motion to transfer, as well as during the |
| 7 | case management conference, the Court orders Plaintiff to file her motion for preliminary |
| 8 | approval of the class action settlement by **February 8, 2013**. |
| 9 | **IT IS SO ORDERED.** |
| 10 | DATED:  January 10, 2013 |
| 11 | |
| 12 | BARBARA L. MAJOR |
| 13 | United States Magistrate Judge |