# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>　　　　　　　Defendant;<br>_____<br>SHIRLEY MACK,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br><br><br>GENERAL MOTORS FINANCIAL CORP. f/k/a AMERICREDIT CORP.,<br><br>　　　　　　　Defendant. | Case No. 11cv3041 DMS (BLM)<br><br><br><br><br><br><br><br>Case No. 12cv3038 DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE** |

Pursuant to Federal Rule of Civil Procedure 42(a), the joint motion to consolidate is granted as follows:

　　1.　Cases numbered 11cv3041 and 12cv3038 are consolidated for purposes of class action settlement.

- 1 -

2. Unless ordered otherwise, all further filings shall be made in case no. 11cv3041only.

**IT IS SO ORDERED.**

DATED: January 18, 2013

HON. DANA M. SABRAW
United States District Judge