# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE NEWMAN,<br><br>             Plaintiff,<br>v.<br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>             Defendant.<br><br>SHIRLEY MACK,<br><br>             Plaintiff,<br>v.<br>GENERAL MOTORS FINANCIAL CORP. f/k/a AMERICREDIT CORP.,<br><br>             Defendant. | **Case No.: 11-CV-3041 DMS (BLM)**<br><br>consolidated with:<br><br>Case No.: 12-CV-3038 DMS (BLM)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF, SHIRLEY MACK'S, INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE** |

Julie Schultz, on behalf of Plaintiff Shirley Mack and her estate, and AmeriCredit Financial Services, Inc. have jointly moved to dismiss from the above-captioned actions, Case Nos. 11-CV-3041 and 12-CV-3038, Plaintiff Shirley Mack's individual claims with prejudice and class claims without prejudice.  Good cause being shown, Case No. 12-CV-3038 is dismissed with prejudice in its entirety, and Shirley Mack's individual claims are dismissed with prejudice and her class claims are dismissed without prejudice from Case No. 11-CV-3041.  Case No. 11-CV-3041 shall continue with respect to the individual and class claims alleged by Plaintiff Nicole Newman.

Each party shall bear her/its own costs and fees with respect to this action. Counsel Alexander H. Burke shall remain part of this case in his capacity as proposed class counsel in the class settlement for *Newman v. AmeriCredit*, Case No.: 11-CV-3041 DMS (BLM) (S.D.Cal.)

**IT IS SO ORDERED.**

DATED: November 14, 2013

Hon. Dana M. Sabraw
United States District Judge